NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOYCE BRANCH-WILLIAMS,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3112

---

Petition for review of the Merit Systems Protection Board in case no. PH0752100589-I-1.

---

## ON MOTION

---

## ORDER

Joyce Branch-Williams moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joyce Branch-Williams
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2011

JAN HORBALY
CLERK